IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | King Sr., Timothy C | Case Number: 04 B 40869 |
|---|---|---|
| | King, Tammie S | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 11/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 105,299.81 | |
| Secured: | | 82,694.70 |
| Unsecured: | | 14,377.34 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 5,501.43 |
| Other Funds: | | 26.34 |
| Totals: | 105,299.81 | 105,299.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 65,514.82 | 60,190.36 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 20,068.58 | 20,068.58 |
| 4. | Harris Bank | Secured | 2,567.73 | 2,435.76 |
| 5. | Illinois Dept of Revenue | Priority | 258.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 5,088.38 | 2,327.67 |
| 7. | Resurgent Capital Services | Unsecured | 246.33 | 100.97 |
| 8. | Illinois Student Assistance Commission | Unsecured | 20,650.51 | 9,446.51 |
| 9. | Endodontic & Periodontic Assoc | Unsecured | 708.68 | 324.18 |
| 10. | World Financial Network Nat'l | Unsecured | 177.62 | 81.24 |
| 11. | ECast Settlement Corp | Unsecured | 277.81 | 113.88 |
| 12. | Resurgent Capital Services | Unsecured | 3,992.22 | 1,826.23 |
| 13. | Illinois Dept of Revenue | Unsecured | 51.60 | 0.00 |
| 14. | CitiFinancial | Unsecured | 342.49 | 156.66 |
| 15. | Sam's Club | Unsecured | | No Claim Filed |
| 16. | St James Hospital | Unsecured | | No Claim Filed |
| | | | $ 122,644.77 | $ 99,772.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  King Sr., Timothy C  
       King, Tammie S  
       Printed: 01/22/09

Case Number:  04 B 40869  
Judge:  Hollis, Pamela S  
Filed:  11/3/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 728.29 |
| 4% | 322.21 |
| 3% | 217.65 |
| 5.5% | 1,266.10 |
| 5% | 388.30 |
| 4.8% | 656.26 |
| 5.4% | 1,922.62 |
| | $ 5,501.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

